UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 08-14218-CIV-GRAHAM

TERREL T. BROWN,

    Petitioner,

vs.

WALTER A McNEIL,

    Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER

**THIS CAUSE** comes before the Court upon Petitioner's Motion to Vacate Under 28 U.S.C. § 2254 [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 2]. The Magistrate Judge issued a Report recommending that Petitioner's motion be denied [D.E. 20]. Petitioner thereafter filed several pleadings, including answers to the State's response to show cause [D.E.s 21 and 22] and Objections to the Report and Recommendation [D.E. 24].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. After a careful review of the case and Petitioner's objections, the Court finds that the objections are without merit. Petitioner has not presented grounds that would excuse the procedural bar to habeas relief. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 20] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Movant's Motion to Vacate Under 28 U.S.C. § 2254 [D.E. 1] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of September, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Patrick A. White
     Terrell T. Brown, Pro Se
     Counsel of Record